NO. 07-99-0307-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

MAY 9, 2001

______________________________

CITY OF CONROE, APPELLANT

V.

DEL LAGO PARTNERS, L.P., APPELLEE

_________________________________

FROM THE 9
TH
 DISTRICT COURT OF MONTGOMERY COUNTY;

NO. 97-12-04685-CV; HONORABLE FRED EDWARDS, JUDGE

_______________________________

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

On May 4, 2001, the parties filed an Agreed Motion to Vacate the Judgment of the Trial Court and to Dismiss Appeal averring that the parties have reached a settlement agreement.

Without passing on the merits of the case, the parties Agreed Motion to Vacate the Judgment of the Trial Court and to Dismiss Appeal is granted.  Pursuant to the Motion and the representation of the parties, the appeal and the case are hereby dismissed.  Tex. R. App. P. 42.1(a)(2) and 43.2(e).  All costs are assessed to the parties incurring the same.  Having dismissed the appeal at the parties’ request,  no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

    Justice

Do not publish.